**E-FILED**
Monday, 18 April, 2011 02:57:33 PM
Clerk, U.S. District Court, ILCD

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee for the Registered Holders of AEGIS Asset Backed Securities Trust 2005-2, Mortgage Backed Notes,<br><br>    Plaintiff,<br><br>    v.<br><br>CINDY S. WOOTEN, WILLIAM J. WOOTEN<br><br>    Defendant. | 10-3307 |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

The Court now considers Plaintiff U.S. Bank National Association's Motion to Dismiss Case (d/e 15). Plaintiff states that the parties have entered into a loan modification agreement which has brought the loan current. Id. at 1. Given the parties' loan modification agreement, dismissal without prejudice is proper pursuant to Federal Rule of Civil Procedure 41(a)(2) (allowing courts to dismiss cases without prejudice so long as

1

proper conditions exist).

THEREFORE, Plaintiff's Motion to Dismiss Case (d/e 15) is ALLOWED.  This case is DISMISSED WITHOUT PREJUDICE and the matter is CLOSED.

IT IS SO ORDERED.

ENTER: April 18, 2011.

FOR THE COURT:


                                          s/ Sue E. Myerscough
                                     SUE E. MYERSCOUGH
                              UNITED STATES DISTRICT JUDGE